In the <u>United States District Court</u> of Nebraska

In the Interest of

<u>Wiley</u>

VS.

<u>Westgate Bank etc</u>

Case No. <u>8:20CV138</u>

Petition for <u>Dismissal</u>

Comes now that I, (<u>Timothy J. Wiley</u>) hereby ask the court to sumbit such request on these issues:

1: Please Dismiss lawsuit 8:20cv138. I am gonna file it in Small Claims.

2: Please send me either my original or copies of my statement, bank statements, letters from Dispute center and all paperwork that I sent in.

3: I've filed informa pauperis and Westgate Bank will not do business with me and those are certified copies.

4:

Certificate of Service

I, (<u>Timothy J. Wiley</u>) served the <u>United States District Court</u> at <u>111 S. 18th Plaza Suite 1152</u> and _____ at _____ on <u>6-3-20</u> <u>Omaha, NE 68102</u> through postal mail.

RECEIVED
JUN 8 2020
CLERK
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 JUN -8 AM 11:28
OFFICE OF THE CLERK

Name: Tim Riley
1700 North Victory Road
P.O. Box 1209
Norfolk, NE 68702-1209

OMAHA
NE 680
04 JUN '20
PM 1 L



quadient
FIRST-CLASS MAIL
$000.50
06/04/2020 ZIP 68701
043M30210172
US POSTAGE

RECEIVED
JUN 8 2020
CLERK
U.S. DISTRICT COURT

Roman L. Hruska Federal Courthouse
111 S. 18th Plaza
Suite 1152
Omaha, NE 68102

68102-132277

