IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. WILEY, | 8:20CV138 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| WEST GATE BANK, et al., | |
| Defendants. | |

Pursuant to the court's Memorandum and Order filed this date,

JUDGMENT IS ENTERED providing that this case is dismissed without prejudice.

Dated this 9th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge